**Electronically Filed
Supreme Court
SCWC-29732
27-APR-2011
02:56 PM**

NO. SCWC-29732

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

FRANK SANES, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29732; CR. NO. 05-1-2537)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Frank Sanes' application

for writ of certiorari filed on March 16, 2011, is hereby

rejected.

DATED:  Honolulu, Hawaiʻi, April 27, 2011.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



Walter R. Schoettle for
petitioner/defendant-
appellant on the
application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.